FIDELITY BROKERAGE SERVICES LLC
P.O. BOX 145421
CINCINNATI, OH 45250-5421



60100002674
FMT CO CUST IRA ROLLOVER
FBO CHRISTINE S DUBOV
140 W 79TH ST APT 2F
NEW YORK NY 10024-6426

**Transaction Confirmation**

Fidelity Account Number: XXX-XX7300
Transaction Reference Number: 43633416

We are writing to confirm a recent bank wire disbursement from your account. Please review this information carefully and if you have any questions or believe that this transaction was processed in error, please call 800-544-6666.

Date of Transaction: July 03, 2012
Bank Wire Amount: $120,992.32
Bank Name: BANK OF AMERICA, N.A., NY
Bank Routing Number: XXXXX9593
For Credit to: EQUITY CAPITAL PARTNERS LLC
Bank Account Number: XXXXXXXXXX7816

**Transaction Confirmation**

Fidelity Account Number: XXX-XX6245
Transaction Reference Number: 43641270

We are writing to confirm a recent bank wire disbursement from your account. Please review this information carefully and if you have any questions or believe that this transaction was processed in error, please call 800-544-6666.

Date of Transaction: July 05, 2012
Bank Wire Amount: $204,777.06
Bank Name: BANK OF AMERICA, N.A., NY
Bank Routing Number: XXXXX9593
For Credit to: EQUITY CAPITAL PARNERS LLC
Bank Account Number: XXXXXXXXXX7816