

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Christine Dubov,

                                                        Civil Action No. 18-cv-3854

      Plaintiff(s)

                                                        **AFFIDAVIT OF SERVICE**

      v.

**Jaleel Hasan Lewis**, et al.,

      Defendant(s)

------------------------------------------------------------/

STATE OF NEW YORK   )
                        S.S.
COUNTY OF NEW YORK)

      **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 9th day of May, 2018, at approximately the time of 8:07pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ELECTRONIC FILING; INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES –PAUL A. ENGELMAYER, UNITED STATES DISTRICT JUDGE; and ELECTONIC CASE FILING RULES & INSTRUCTIONS** upon **JALEEL HASAN LEWIS** at 50 Jean Drive, Englewood Cliffs, NJ 07632 by personally delivering and leaving the same with **JALEEL HASAN LEWIS** at that address. At the time of service, deponent asked **JALEEL HASAN LEWIS** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**JALEEL HASAN LEWIS** is a tan Middle Eastern male, approximately 45 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 185 pounds with brown hair and green eyes.

_____
NELSON CARVAJAL, #2067766

Sworn to before me this
11th day of May, 2018

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com