

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Christine Dubov,

                                          Civil Action No. 18-cv-3854

      Plaintiff(s)

                                          **AFFIDAVIT OF SERVICE**

      v.

Jaleel Hasan Lewis, et al.,

      Defendant(s)
-----------------------------------------------------/

STATE OF NEW YORK  )
                     S.S.
COUNTY OF NEW YORK)

**NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 9th day of May, 2018, at approximately the time of 8:30pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ELECTRONIC FILING; INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES –PAUL A. ENGELMAYER, UNITED STATES DISTRICT JUDGE; and ELECTONIC CASE FILING RULES & INSTRUCTIONS** upon **FREEMAN YOUNG PERRY** at 10 Mariners Cove, Edgewater, NJ 07020 but there was no answer to the intercom or several knocks on the light green apartment door.

That on the 10th day of May, 2018, at approximately the time of 7:35am, deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ELECTRONIC FILING; INDIVIDUAL RULES AND**

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



PRACTICES IN CIVIL CASES –PAUL A. ENGELMAYER, UNITED STATES DISTRICT JUDGE; and ELECTONIC CASE FILING RULES & INSTRUCTIONS upon **FREEMAN YOUNG PERRY** at 10 Mariners Cove, Edgewater, NJ 07020 but a person answered the intercom and told deponent that **FREEMAN YOUNG PERRY** was not there. Deponent told individual that he could leave papers for **FREEMAN YOUNG PERRY** with him but he never came to the door. Deponent rang intercom again – no answer.

That on the 12th day of May, 2018, at approximately the time of 3:06pm, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ELECTRONIC FILING; INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES –PAUL A. ENGELMAYER, UNITED STATES DISTRICT JUDGE; and ELECTONIC CASE FILING RULES & INSTRUCTIONS upon **FREEMAN YOUNG PERRY** at 10 Mariners Cove, Edgewater, NJ 07020 but there was no answer to the intercom or several knocks on the light green apartment door.

That on the 14th day of May, 2018, at approximately the time of 6:06pm, deponent again attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ELECTRONIC FILING; INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES –PAUL A. ENGELMAYER, UNITED STATES DISTRICT JUDGE; and ELECTONIC CASE FILING RULES & INSTRUCTIONS upon **FREEMAN YOUNG PERRY** at 10 Mariners Cove, Edgewater, NJ 07020 but there was no answer to the intercom or several knocks on the light green apartment door.

At that time, therefore, deponent served a true copy of the foregoing papers upon **FREEMAN YOUNG PERRY** by firmly affixing same conspicuously on the light green apartment door at that address, the actual place of residence.

That on the 15th day of May, 2018, deponent served another copy of the foregoing upon **FREEMAN YOUNG PERRY**, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

**FREEMAN YOUNG PERRY**
10 Mariners Cove
Edgewater, NJ 07020

_____
NELSON CARVAJAL, #2067766

Sworn to before me this
16th day of May, 2018

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com