UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISITNE DUBOV,
                Plaintiff,
-against-

JALEEL HASAN LEWIS, et. al.,
                Defendants.

1:18 CV 03854 (PAE) (GWG)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                ) ss:
COUNTY OF KINGS )

I, the undersigned, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside at 530 Third Street, Brooklyn, NY.

On May 30, 2018, the undersigned served a copy of the Amended Complaint in the abov-captioned matter by mailing a copy to the following person by depositing a true copy of same, enclosed in a first class, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in New York State addressed as follows:

Wesley Mullen, Esq.
Mullen P.C.
200 Park Avenue, Suite 1700
New York, NY 10166
Attorneys for Defendant Jaleel Hasan Lewis

                                              _____
                                              Regina C. Mysliwiec

Sworn to and signed before me on
May 31, 2018

_____
NOTARY PUBLIC

RONALD P. MYSLIWIEC
Notary Public, State of New York
No. 02MY6013830
Qualified in Kings County
Commission Expires Sept. 28, 20_18_