UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE DUBOV,
                Plaintiff,

-against-

JALEEL HASAN LEWIS, et. al.,
                Defendants.

1:18 CV 03854 (PAE) (GWG)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                       ) ss:
COUNTY OF KINGS  )

I, the undersigned, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside at 530 Third Street, Brooklyn, NY.

On June 1, 2018, the undersigned served a copy of the Amended Complaint in the above-captioned matter by mailing a copy to the following person by depositing a true copy of same, enclosed in a first class, postpaid, properly addressed wrapper, in an official depository of the United States Postal Service in New York State addressed as follows:

Freeman Young Perry
10 Mariners Cove
Edgewater, NJ 07020-1288

_____
Regina C. Mysliwiec

Sworn to and signed before me on
June 1, 2018

NOTARY PUBLIC

RONALD P. MYSLIWIEC
Notary Public, State of New York
No. 02MY6013830
Qualified in Kings County
Commission Expires Sept. 28, 20_18_