Ronald P. Mysliwiec, Esq. (RM 8926)
Law Offices of Ronald P. Mysliwiec
Attorneys for Plaintiff
530 Third Street
Brooklyn, New York 11215
(718) 768-4581
rpm@rpmlawny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE DUBOV,<br><br>       Plaintiff,<br><br>   -against-<br><br>JALEEL HASAN LEWIS, FREEMAN YOUNG PERRY, EMRI CAPITAL LLC, NEW YORK MED GROUP NYC LLC, EQUITY CAPITAL PARTNERS LLC and EQUITY CAPITAL PARTNERS OF NY LLC,<br><br>       Defendants. | 1:18 CV 03854 (PAE) (GWG)<br><br>**DECLARATION OF**<br><br>**RONALD P. MYSLIWIEC, ESQ.**<br><br>**IN SUPPORT OF PLAINTIFF'S MOTION**<br><br>**TO DISMISS COUNTERCLAIMS** |

  Ronald P. Mysliwiec, Esq., hereby declares and states as follows:

  1. I am counsel for plaintiff in the above-captioned matter and am fully familiar with all the pleadings and proceedings herein. I make this Declaration pursuant to 28 U.S.C §1746 in support of plaintiff's motion to dismiss defendants' counterclaims.

  2. I attach as Exhibit A hereto a complete and accurate copy of plaintiff's Amended Complaint with exhibits.

  3. I attach as Exhibit B hereto a complete and accurate copy of defendants' Answer and Counterclaims.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2018.

Dated: Brooklyn, New York
August 8, 2018

LAW OFFICES OF RONALD P. MYSLIWIEC

_____
Ronald P. Mysliwiec
530 Third Street
Brooklyn, New York 11215
(718)768-4581
Attorneys for Plaintiff