**WESLEY M. MULLEN**                                                          **MULLEN P.C.**
                                                                      THE METLIFE BUILDING
                                                             200 PARK AVENUE | SUITE 1700
                                                                      NEW YORK, NY 10166

October 3, 2018

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007
engelmayernysdchambers@nysd.uscourts.gov

<u>VIA CM/ECF</u>

      Re:  <u>Dubov v. Lewis et al.</u>, No. 18 CV 3854 (PAE) (GWG)

Your Honor,

I represent all Defendants in the captioned case.

Defendants object to the letter "jointly submitted" today by Plaintiff. (ECF Doc. No. 46.) The letter was filed without my clients' consent and over their objection.

Before Plaintiff filed the letter, I informed counsel for Plaintiff that my clients did not consent. (Ex. A ("I do not consent.")) After she filed the letter, I reminded counsel of my clients' non-consent, and asked that the letter be withdrawn. (Ex. B.) Plaintiff has not responded to Defendants' email or telephone messages.

To correct the record, Defendants request that the annexed letter (Ex. C) be considered in advance of and at the pretrial conference set for October 10, 2018. It consists of the letter filed by Plaintiffs; except that Defendants have redacted the paragraph of "Defendants' Summary of Their Case" authored by Plaintiff and to which Defendants do not agree.

Respectfully submitted,

*/s/ Wesley M. Mullen*
Wesley M. Mullen