Ronald P. Mysliwiec
ATTORNEY AT LAW
530 Third Street
Brooklyn, NY 11215-3003

Direct (718) 768-4581
E-mail rpm@rpmlawny.com

October 3, 2018

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: Dubov v. Lewis, et al., No. 18 CV 3854 (PAE) (GWG)

Dear Judge Engelmayer:

    I represent plaintiff Christine Dubov in this matter. Plaintiff is entirely indifferent as to which of the versions of the Joint Pre-Conference Summary this Court reads. She only notes three points in response to defendants' letter filed earlier today.

    (1) Plaintiff was led to believe that defendants' counsel would be unavailable after 2:00 p.m. because of a court appearance in Riverhead. Thus, she thought that 2:00 p.m., October 3, 2018, was her filing deadline and proceeded in good faith on that basis. She was in the process of filing the proposed case management order and the joint pre-conference summary and did not see defendants' 2:05 p.m. email until after those efilings had been completed at 2:18 p.m.

    (2) Under his understanding of defendants' counsel's schedule as set forth above, plaintiff's counsel left his home office and did not see defendants' 2:49 p.m. email until after he returned at approximately 6:30 p.m. By that time defendants had already filed their letter with this Court.

    (3) Attached hereto is the complete seven-page email tree preceding defendants' 2:05 p.m. email. It provides context for the two emails selected by defendants to attach to their letter.

Respectfully yours,

*[signature]*

cc: Wesley M. Mullen, Esq. via efile