**WESLEY M. MULLEN**                                              **MULLEN P.C.**
                                                              THE METLIFE BUILDING
                                                        200 PARK AVENUE | SUITE 1700
                                                              NEW YORK, NY 10166

January 4, 2019

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007
engelmayernysdchambers@nysd.uscourts.gov

VIA CM/ECF

    Re:    <u>Dubov v. Lewis et al.</u>, No. 18 CV 3854 (PAE) (GWG)

Your Honor,

I represent all Defendants in the captioned case. I write with the consent of all Parties pursuant to the Court's Order (ECF Doc. No. 62) responding to Plaintiff's December 18, 2018 letter concerning discovery issues raised by Plaintiff. (ECF Doc. No. 60.)

As ordered by the Court, Counsel for all Parties met in person regarding the matters raised in Plaintiff's letter motion. The Parties agree that the matters raised in Plaintiff's letter do not require judicial intervention at this time.

On or before January 8, 2018, the LLC Defendants will issue amended interrogatory answers identifying the accountants who performed services for any LLC Defendant.

On or before January 22, 2019, Defendant Equity Capital Partners LLC will produce to Plaintiff bank account records for account XXXXXXXX7816 for the period from January 1, 2012, through December 31, 2018; and on or before January 22, 2019, defendant EMRI Capital LLC will produce bank account records for the account XXXXXXXX2854 for the period from January 1, 2012, through December 31, 2018.

I conferred with Mr. Mysliwiec, counsel for Plaintiff, who consents to Defendants' submission of this letter on behalf of all Parties.

Respectfully submitted,

*[signature]*

Wesley M. Mullen

WMULLEN@MULLENPC.COM | (646) 632-3718