WESLEY M. MULLEN                                        MULLEN P.C.
                                                        THE METLIFE BUILDING
                                          200 PARK AVENUE | SUITE 1700
                                                        NEW YORK, NY 10166

                                                        January 14, 2019

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**VIA CM/ECF**

       Re:   <u>Dubov v. Lewis et al.</u>, No. 18 CV 3854 (PAE) (GWG)

Your Honor,

I represent all Defendants in the captioned matter.  I write pursuant to the Case Management Plan and Scheduling Order in this matter (ECF Doc. No. 51) and Rule 1.E of the Court's Individual Practices to request an extension of discovery deadlines.  All parties consent to this request.

The purpose of the requested extensions is so that party-directed discovery may be orderly and timely completed without judicial intervention.

| Deadline | Original Date | Proposed Date |
| --- | --- | --- |
| End of Fact Discovery | February 11, 2019 | March 13, 2019 |
| Depositions | January 10, 2019 | February 22, 2019 |
| Requests to Admit | January 11, 2019 | February 25, 2019 |
| End of Expert Discovery | March 29, 2019 | April 29, 2019 |

There has been no prior request to extend these deadlines.

A stipulation and proposed revised scheduling order effectuating the proposed extension is filed herewith.

Respectfully,

*/s/ Wesley M. Mullen*
Wesley M. Mullen

cc:   Ronald Mysliwiec, Esq. (via email)

WMULLEN@MULLENPC.COM | (646) 632-3718